# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT P. BOLTZ, SR.** | : CIVIL ACTION |
| v. | : NO. 18-2254 |
| **COMMONWEALTH OF PENNSYLVANIA**, *et al.* | : |

## ORDER

**AND NOW**, this 16th day of December 2019, upon considering the Petition for writ of *habeas corpus* (ECF Doc. No. 15), Respondent's Answer (ECF Doc. No. 22), no timely reply, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Mr. Boltz's Petition for writ of *habeas corpus* (ECF Doc. No. 15) is **DENIED** with prejudice;

2. There is no probable cause to issue a certificate of appealability;[1] and,

3. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).